

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00448-CV

**IN THE MATTER OF B.W.M.C.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2013JUV00408
The Honorable Carmen Kelsey, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 26, 2014.

Catherine Stone, Chief Justice